1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF CALIFORNIA

7

8    NATIVIDAD GUTIERREZ,                    CASE NO. CV F 13-1423 LJO BAM
                                             **NEW CASE NO. CV F 13-1423 BAM**
9
                          Plaintiff,         **ORDER TO ASSIGN ACTION TO U.S.**
10         vs.                               **MAGISTRATE JUDGE FOR ALL**
                                             **PURPOSES**
11

12

13   AMADO GONZALEZ, et al.,                 (Docs. 14, 16.)

14
                          Defendants.
15   _____/

16

17        All parties have consented to the conduct before a U.S. Magistrate Judge of all further

18   proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C.

19   §636(c)(1).  Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Barbara A.

20   McAuliffe for all further purposes and proceedings.  Further papers shall bear the new case

21   number **CV F 13-1423 BAM.**

22        U.S. District Judge Lawrence J. O'Neill will take no further action in this case.  Law

23   and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge

24   McAuliffe as necessary.

25

26   IT IS SO ORDERED.

27
        Dated:   **January 15, 2014**            **/s/ Lawrence J. O'Neill**
28                                               UNITED STATES DISTRICT JUDGE

                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28