1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  NATIVIDAD GUTIERREZ,                 )  No.  1:13-cv-01423-BAM
                                         )
12              Plaintiff,               )  **STIPULATION GRANTING PLAINTIFF**
                                         )  **LEAVE TO FILE FIRST AMENDED**
13         vs.                           )  **COMPLAINT; ORDER**
                                         )
14                                       )
    AMADO GONZALEZ, individually and dba )
15  LA BIRRIERIA RESTAURANT, et al.,     )
                                         )
16              Defendants.              )
                                         )
17                                       )
                                         )
18                                       )

19

20         **IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez

21  ("Plaintiff"), and Defendants, Amado Gonzalez, individually and dba La Birrieria Restaurant;

22  Berta Gonzalez; and Celia Gonzalez dba La Birrieria Restaurant (collectively "Defendants,"

23  and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys

24  of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached

25  hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the

26  Court's Scheduling Conference Order dated January 15, 2014 (ECF No. 18) pursuant to Fed.

27  R. Civ. P. 16(b)(4).

28         **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  February 5, 2014           MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff,
                                    Natividad Gutierrez

Dated:  February 12, 2014          PAHL & McCAY, A.P.C.

                                    */s/ Servando Sandoval*
                                    Servando Sandoval
                                    Attorneys for Defendants,
                                    Amado Gonzalez, individually and dba La Birrieria
                                    Restaurant; Berta Gonzalez; and Celia Gonzalez
                                    dba La Birrieria Restaurant

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **March 3, 2014**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER