Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMADO GONZALEZ, individually and dba LA BIRRIERIA RESTAURANT, et al.,<br><br>        Defendants. | No.  1:13-cv-01423-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Amado Gonzalez, individually and dba La Birrieria Restaurant; Berta Gonzalez; and Celia Gonzalez dba La Birrieria Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 22, 2014    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Natividad Gutierrez

Date: April 23, 2014    PAHL & McCAY, APC

*/s/ Servando Sandoval*
Servando Sandoval
Attorneys for Defendants
Amado Gonzalez, individually and dba La Birrieria Restaurant; Berta Gonzalez; and Celia Gonzalez dba La Birrieria Restaurant

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **April 24, 2014**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE